IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

OCT 01 2024

LAURA A. AUSTIN, CLERK
BY: /s/ Clark
DEPUTY CLERK

SHAWNA NASH, ADMINISTRATRIX FOR
THE ESTATE OF MICHAEL D. NASH,
DECEASED,

    Plaintiff,

v.   Case No. 1:24-cv-00004-JPJ-PMS

JAMES SORAH, ROXANN SORAH AND
MICHAEL SORAH,

    Defendants.

### FINAL ORDER

THIS DAY CAME the defendants James Sorah, Roxann Sorah, and Michael Sorah, by counsel, and the plaintiff Shawna Nash, Administratrix of the Estate of Michael D. Nash, deceased, ~~deceased, in person and~~ by counsel, on the Motion to Approve Compromise Settlement filed by the defendants. In accordance with § 8.01-55 of the Code of Virginia (1950) (as amended), the Court finds that all parties in interest in this matter have been convened. Thereafter came this matter to be heard upon the Motion and upon the evidence presented <u>ore tenus</u>.

The Court finds that the plaintiff's decedent is alleged to have died as a proximate result of certain "negligent, reckless, wrongful, and intentional actions" on the part of the defendants. The particulars of such allegations are set forth in the plaintiff's Complaint. [Doc. 1.] The defendants have filed an Answer denying all allegations of wrongdoing against them. [Doc. 9.]

The Court finds that the plaintiff qualified in the Clerk's Office of the Circuit Court for Lee County, Virginia, on April 5, 2022, as the Administratrix of the Estate of her decedent. The plaintiff is continuing to act in her capacity as Administratrix as of the date of the Court's entry of this Final Order.

The Court finds that the plaintiff's decedent, who died <u>intestate</u>, is survived by, among others, his wife, the plaintiff. The Court finds that the plaintiff is the sole person eligible under § 8.01-53 of the Code of Virginia (1950) (as amended) to share as a statutory beneficiary in any recovery arising from the death of the plaintiff's decedent. The Court further finds that the plaintiff is of sound mind and is over the age of 18.

Per the terms of this compromise settlement, the plaintiff, in her capacity as Administratrix of the Estate of her decedent, has agreed to accept, subject to the Court's approval, the sum of TWENTY THOUSAND DOLLARS ($20,000.00) in consideration for a full and final settlement of all claims of the plaintiff against the defendants and all officers, directors, agents, attorneys, employees, employers, representatives, parents, subsidiaries, joint venturers, affiliates, insurers, insureds, policyholder, administrators, executors, heirs, successors, and assigns, if any, of the defendants, jointly or severally, ("the Released Parties") arising or resulting from the death of the plaintiff's decedent. Of this amount, TEN THOUSAND DOLLARS ($10,000.00) is being paid by Scottsdale Insurance Company ("Scottsdale"). The remaining TEN THOUSAND DOLLARS ($10,000.00) is being paid by United States Liability Insurance Company ("USLI").

This settlement expressly excepts, and does not include, the pending Counterclaim [Doc. 10] filed against the plaintiff, in her capacity as Administratrix of the Estate of her decedent, by defendant Michael Sorah ("the Counterclaim").

The Court, after inquiry and discussion, ADJUDGES and ORDERS that the compromise settlement as described in the Motion, and set forth herein, be, and the same hereby is, APPROVED and RATIFIED.

Thereupon, Scottsdale tendered payment of TEN THOUSAND DOLLARS ($10,000.00) jointly to the plaintiff, in her capacity as Administratrix of the Estate of her decedent, and the

plaintiff's undersigned legal counsel Ely Law Offices PLLC. This amount will be deposited in Ely Law Offices PLLC's law firm trust account. Thereupon, USLI tendered payment of TEN THOUSAND DOLLARS ($10,000.00) jointly to the plaintiff, in her capacity as Administratrix of the Estate of her decedent, and Ely Law Offices PLLC. This amount, too, will be deposited in Ely Law Offices PLLC's law firm trust account. The defendants have tendered to the Court a receipt reflecting Scottsdale and USLI's payment of the foregoing proceeds and the plaintiff and Ely Law Offices PLLC's receipt of same. The Court receives this Receipt and ORDERS it FILED.

The Court ORDERS Ely Law Offices PLLC, and the plaintiff, in her capacity as Administratrix of the Estate of her decedent, to disburse these proceeds as provided for in this Final Order.

The Court finds that there are no medical liens to be satisfied from the proceeds of this compromise settlement.

The Court finds that there are no funeral and burial expenses to be satisfied or reimbursed from the proceeds of this compromise settlement.

The Court finds that the plaintiff has engaged the law firm of Ely Law Offices PLLC, to prosecute her claim arising out of the death of her decedent. For its representation of the plaintiff in this action, such law firm is to receive a fee, subject to the approval of this Court, in the amount of SIX THOUSAND SIX HUNDRED DOLLARS ($6,600.00). The Court finds this fee to be reasonable. The Court ORDERS that SIX THOUSAND SIX HUNDRED DOLLARS ($6,600.00) be deducted from the funds deposited in Ely Law Offices PLLC's law firm trust account and paid over to Ely Law Offices PLLC.

The Court finds that Ely Law Offices PLLC has advanced no costs that are to be reimbursed from the proceeds of this compromise settlement.

In her capacity as Administratrix of the Estate of her decedent, the plaintiff assumes responsibility for the satisfaction of any and all legally enforceable liens, medical or otherwise, that have been created or are to be created against the proceeds of this compromise settlement. The Court ORDERS that any amounts now unknown or arising in the future with regard to any medical, funeral, burial, or other expenses as a result of the death of the plaintiff's decedent be the sole responsibility of the plaintiff, in her capacity as Administratrix of the Estate of her decedent. The Court ORDERS that the Released Parties be, and the same hereby are, irrevocably and unconditionally RELEASED, DISCHARGED, AND ARE TO BE HELD HARMLESS in the future for any liens or claims for medical, funeral, burial, or other expenses arising out of the death of the plaintiff's decedent.

The Court ORDERS that the remaining proceeds of this compromise settlement, in the amount of THIRTEEN THOUSAND FOUR HUNDRED DOLLARS ($13,400.00), be distributed to the plaintiff, as statutory beneficiary.

WHEREFORE, in consideration of the foregoing, and expressly excepting the Counterclaim, the Court ORDERS and ADJUDGES that the Released Parties, along with any and all other persons, firms, corporations, or partnerships, whether named herein or not, that are or may be vicariously or contingently liable on behalf of any one or more of the Released Parties, be, and hereby are, irrevocably and unconditionally RELEASED, ACQUITTED, AND FOREVER DISCHARGED from any and all liability now accrued or hereafter to accrue on account of any and all claims or causes of action, whether in tort, in contract, or otherwise, whether known or unknown, or that hereafter may develop on the part of the plaintiff against any one or more of the Released Parties as a result of the death of the plaintiff's decedent.

With the exception of the Counterclaim, which shall remain pending for separate adjudication, the Court ORDERS that the plaintiff's claims in this action against the defendants be, and the same hereby are, DISMISSED IN THEIR ENTIRETY WITH PREJUDICE and stricken from the active docket of this Court.

The Court directs the Clerk of this Court to forward an attested copy of this Order to counsel of record.

It is so ordered.

ENTERED this _____1st_____ day of ____October____, 2024.

_____
JUDGE

We ask for entry of this Order:

_____
Joshua Ely (VSB No. 94742)
Ely Law Offices, PLC
P.O. Box 748
Pennington Gap, VA 24277
276-207-4753 - Phone
Josh@ElyandCoLaw.com
Counsel for Plaintiff

_____
Jason G. Moyers (VSB No. 38673)
Harman Claytor, Corrigan & Wellman
27 Church Avenue SW
Roanoke, Virginia 24011
540-527-2012 - Phone
804-212-0855 - Fax
jmoyers@hccw.com
Counsel for Defendants

5

*/s/ James N. L. Humphreys*

James N. L. Humphreys (VSB No. 27868)
Hunter, Smith & Davis, LLP
P. O. Box 3740
Kingsport, Tennessee 37664
423-378-8862 - Phone
423-378-8804 - Fax
humphrey@hsdlaw.com
Counsel for Defendants

*/s/ Shawna Nash*

Shawna Nash, Administratrix of the
Estate of Michael D. Nash, deceased,
and Statutory Beneficiary